UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60593-CIV-DIMITROULEAS

GARFIELD SPENCE,

    Plaintiff,

vs.

CENTRAL PARK PLACE, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice (the "Notice") [DE 8], filed herein on May 15, 2024. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 8] is hereby **APPROVED**.

2. This case is **DISMISSED WITH PREJUDICE**; and

3. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of May 2024.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record